FILED

14 SEP 18 PM 2:18

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. No. 98CR1781-WQH |
| Plaintiff, | JUDGMENT AND ORDER GRANTING THE GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE |
| v. | |
| RODOLFO GONZALEZ-CERVANTES | |
| Defendant. | |

### ORDER

Pursuant to the Government's Motion, IT IS HEREBY ORDERED that the Indictment be dismissed without prejudice and any outstanding arrest warrants recalled.

SO ORDERED.

DATED: 9/18/14

_____
THE HONORABLE WILLIAM Q. HAYES
United States District Judge

1